CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

JUL 2 0 2012

JULIA C. _____, CLERK
BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| JEFFERY ALLEN HART, | ) | CASE NO. 7:12CV00277 |
| | ) | |
| Petitioner, | ) | |
| | ) | FINAL ORDER |
| vs. | ) | |
| | ) | |
| COMMONWEALTH OF TAZEWELL | ) | |
| COUNTY, VIRGINIA, | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Respondent. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

that petitioner's objection (ECF No. 3) to the court's order construing his "MOTION TO

VACATE A 'VOID AB INITIO' CONVICTION AND SENTENCE PURSUANT TO VA.

CODE § 8.01-428" (ECF No. 1) as a petition under 28 U.S.C. § 2254, is **SUSTAINED**;

petitioner's motion/petition (ECF No. 1) is hereby **DISMISSED** without prejudice, and the

§ 2254 action is stricken from the active docket of the court.

Further, finding that petitioner has failed to make a substantial showing of the denial of a

constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is

**DENIED**.

ENTER: This _20th_ day of July, 2012.

_____
Chief United States District Judge